No. 79–6285. HUDSON v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 79–6321. BROWN v. MITCHELL, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 79–6322. MITCHELL v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 79–6325. COOPER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 79–6331. SAUNDERS v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 79–6348. LOWERY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6365. BLADES v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 79–6372. WHITE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 79–6373. RAGLAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6380. INORIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–6384. DeBENEDICTIS ET AL. v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 79–6385. STALLINGS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 79–6387. COHEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.